

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:         In re The Park Square Co-Owners Association and Stephen Russell

Appellate case number:     01-20-00318-CV

Trial court case number:    2020-22266

Trial court:               133rd District Court of Harris County

Relators, The Park Square Co-Owners Association and Stephen Russell, have filed a petition for a writ of mandamus challenging the entry of a temporary restraining order by the ancillary trial court. Relators also have filed an emergency motion for temporary relief, seeking this Court stay enforcement of the temporary restraining order. Relators' motion is **granted**. The April 9, 2020 temporary retaining order in Cause No. 2020-22266, pending in the 133rd District Court of Harris County, Texas, is stayed. The stay is effective until disposition of relators' petition for a writ of mandamus or further order of this Court.

The Court requests a response to the petition for a writ of mandamus from real party in interest. The response if any, is due no later than 20 days from the date of this Order.

It is so ORDERED.

Judge's signature: _/s/ Evelyn V. Keyes_____
                           ☑ Acting individually    ☐ Acting for the Court

Date: __April 14, 2020____